MILLER, Respondent, v. MILLER, Appellant.

(182 N. W. 311.)

(File No. 4814. Opinion filed April 2, 1921.)

**Appeals—Appeal From Order, Appeal Abandoned—Dismissal of Appeal.**

While notice of appeal from an order was duly served, yet, no briefs having been filed by either party to the appeal, and nearly five months having elapsed since service of notice of appeal, the appeal is deemed abandoned, and is dismissed.

McCoy, J., not sitting.

Appeal from Circuit Court, Union County. Hon. Robert B. Tripp, Judge.

Action by E. W. Miller, against J. A. Miller. Appeal from an order refusing to vacate a judgment of dismissal in favor of plaintiff. Appeal dismissed.

*Claude A. Bennett,* for Appellant.

*O. C. Donley,* for Respondent.

SMITH, J. Appeal from an order of the circuit court in and for Union county, entered September 11, 1920, refusing to vacate a judgment of dismissal in favor of plaintiff in the above-entitled action. Notice of the entry of the order appealed from was served on defendant's attorney September 17, 1920.

Notice of appeal was served November 17, 1920.

Appeal dismissed.

McCOY, J., not sitting.